.COPELAND & SON v. STEPHENS.

COBB, J.   The verdict rendered in the justice's court is not altogether satisfactory, but there is some evidence upon which the finding might have been based, and the discretion of the judge of the superior court, exercised in overruling the certiorari, will not be interfered with.

Judgment affirmed. All the Justices concur, except Candler, J., absent.

Submitted April 22, — Decided May 15, 1905.

Certiorari.    Before Judge Bartlett.    Haralson superior court. December 13, 1904.

James Beall, for plaintiffs in error.   E. S. Griffith, contra.

---

KIRK v. KIRK.

FISH, P. J.   The evidence showed mere weakness of the grantor's mind, which is not cause for setting aside his deed (Nance v. Stockburger, 111 Ga. 821), and was wholly insufficient to authorize a finding that the grantee, by undue influence or fraudulent means, induced him to execute the deeds the plaintiff sought to have canceled; nor was there any evidence that the defendant ever had the personalty for which the action was brought.  It follows that the nonsuit was properly granted.

Judgment affirmed. All the Justices concur, except Candler, J., absent.

Argued April 24, — Decided May 15, 1905.

Equitable petition.    Before Judge Freeman.    Heard superior court.    September 24, 1904.

Frank S. Loftin and Sidney Holderness, for plaintiff.
D. B. Whitaker, for defendant.